LORI R. MAYFIELD, #172074
MICHELLE E. SASSANO, #232368
MAYFIELD & LEATH
A PROFESSIONAL CORPORATION
Attorneys at Law
1500 W. SHAW AVE., SUITE 204
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 222-1005
FACSIMILE (559) 222-0702

Attorneys for Defendants, CITY OF CHOWCHILLA, JEFF PALMER, TYLER J. HORMEL, CHOWCHILLA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOMINGO LEYRO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF CHOWCHILLA, CHOWCHILLA POLICE DEPARTMENT, JEFF PALMER, TYLER J. HORMEL and DOES 1-100, inclusive,<br><br>　　　Defendants. | CASE NO.:1:08-CV-01675-OWW-SKO<br><br>**ORDER AFTER HEARING ON MOTIONS IN LIMINE OF DEFENDANTS CITY OF CHOWCHILLA, OFFICER JEFF PALMER AND OFFICER TYLER J. HORMEL**<br><br>Trial:  June 8, 2010 |

　　　This matter came on regularly for hearing on May 28, 2010, in Courtroom 3, before the Honorable Oliver Wanger. Steve Geringer with the Law Offices of Steve Geringer appeared on behalf of Plaintiff DOMINGO LEYRO (hereinafter "**Plaintiff**"). Michelle E. Sassano with the law firm of Mayfield & Leath appeared on behalf of DEFENDANTS CITY OF CHOWCHILLA, OFFICER JEFF PALMER AND OFFICER TYLER J. HORMEL (hereinafter "**Defendants**") . The Court issues the following rulings on Defendant's motions in limine.

　　　**1.　　Defendants' Motion in Limine No. 1 to Exclude The Use of Evidence or Witnesses Not Previously Disclosed to Defendants During Discovery.**  The Court GRANTS this motion in

1  limine and EXCLUDES all evidence or witnesses not previously disclosed to Defendants during
2  discovery.

3 **2. Defendants' Motion in Limine No. 2 To Preclude Improper Comments Regarding**
4 **Damages.** The Court GRANTS this motion in limine and PRECLUDES Plaintiff's counsel from
5  making comment or argument before the jury that suggests that jurors should base Plaintiff's
6  damages, if any, on an amount that jurors would charge to endure similar injuries or to suggest that
7  jurors place themselves in the "shoes" of the party in order to determine damages. This is frequently
8  called "Golden Rule" argument.

9 **3. Defendants' Motion in Limine No. 3 To Preclude Evidence of Liability Insurance.**
10 The Court GRANTS this motion in limine and PRECLUDES Plaintiff's counsel
11 from presenting evidence concerning the insurance of Officer Palmer and Officer Hormel or their
12 employer, the City of Chowchilla.

13 **4. Defendants' Motion in Limine No. 4 To Preclude Evidence of Indemnification**
14 **of Defendant.** The Court GRANTS this motion in limine and PRECLUDES Plaintiff's counsel from
15 soliciting testimony, or presenting evidence, regarding Officer Palmer's and Officer Hormel's
16 indemnification for damages by the City of Chowchilla.

17 **5. Defendants' Motion in Limine No. 5 To Exclude Non-party Witnesses from**
18 **Courtroom.** The Court GRANTS this motion in limine and EXCLUDES non party witnesses from
19 being present in the courtroom during trial-related proceedings.

20 **6. Defendants' Motion in Limine No. 6 To Preclude Testimony Referencing Alleged**
21 **Inadequate Training**. The Court GRANTS this motion in limine and PRECLUDES Plaintiff from
22 making any statement, argument, or reference to any alleged inadequate training of City of
23 Chowchilla Police Department. There will not be a Monell claim.

24 **7. Defendants' Motion in Limine No. 7 To Preclude Evidence Regarding Other**
25 **Lawsuits Or Incidents Where There Is a Claim of Excessive Force Against Defendant Or Any**
26 **Other Chowchilla Police Officer**. The Court GRANTS this motion in limine and PRECLUDES
27 Plaintiff from introducing evidence or testimony regarding any other lawsuits in
28

MAYFIELD & LEATH
1500 W. SHAW AVE., STE. 204
FRESNO, CA 93711

ORDER AFTER HEARING ON MOTIONS IN LIMINE OF DEFENDANTS CITY OF CHOWCHILLA, OFFICER JEFF PALMER AND
OFFICER TYLER J. HORMEL
2

1 which Officer Palmer and/or Officer Hormel, or any other officer with the Chowchilla Police
2 Department, was named as an accused officer or a defendant.

3 **8.    Defendants' Motion in Limine No. 8 To Preclude Evidence that Plaintiff Was
4 Found Not Guilty in His Second Criminal Trial.**  The Court GRANTS this motion in limine in
5 part. Plaintiff may introduce evidence of the verdict in the second criminal trial for the purpose of
6 his damages claim and it can only be considered for that limited purpose. This will be subject to
7 admonition and jury instruction.

8 **9.    Defendants' Motion in Limine No. 9 To Exclude Expert Opinions By Non
9 Experts, Including Plaintiff.**  The Court GRANTS this motion in limine and PRECLUDES Plaintiff
10 from introducing expert opinions of any undisclosed experts, including Plaintiff.

11 **10.    Defendants' Motion in Limine No. 10 To Preclude Evidence Related to either
12 Officer Hormel or Officer Palmer's Personnel File Including Discipline or Previous Internal
13 Affair Complaints.**   The Court GRANTS this motion in limine and PRECLUDES Plaintiff from
14 presenting evidence included in the personnel records of either Officer Hormel or Officer Palmer.
15 This includes, but is not limited to, information of a personal nature as well as information concerning
16 any disciplinary actions or complaints levied against Officer Palmer or Officer Hormel. This motion
17 in limine does not preclude Defendants from introducing information contained in Officer Domingo
18 Leyro's personnel file.

19 **11.    Defendants' Motion in Limine No. 11 To Exclude Pictures of Plaintiff Taken
20 After the Incident.**  The Court GRANTS this motion in limine in part. Plaintiff may introduce
21 pictures which reflect the lay out of the residence, dimensions of the rooms, doors and such that
22 reflect the scene. Plaintiff may also introduce the two pictures of Plaintiff's cats. Plaintiff may not
23 introduce pictures which are a reenactment of the incident from Plaintiff's perspective. Plaintiff may
24 not introduce the picture taken of himself standing facing the hallway with his palms open and facing
25 out, allegedly showing his position at the time the officer's tased him.
26 / / /
27 / / /
28

MAYFIELD & LEATH
1500 W. SHAW AVE., STE. 204
FRESNO, CA 93711

ORDER AFTER HEARING ON MOTIONS IN LIMINE OF DEFENDANTS CITY OF CHOWCHILLA, OFFICER JEFF PALMER AND OFFICER TYLER J. HORMEL
3

**12.     Defendants' Motion in Limine No. 12 to Exclude Emergency Protective Order.**

The Court DENIES this motion in limine.  Plaintiff may introduce the Emergency Protective Order.

IT IS SO ORDERED.

Dated:   **June 2, 2010**                                   /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE

MAYFIELD & LEATH
1500 W. SHAW AVE., STE. 204
FRESNO, CA 93711

ORDER AFTER HEARING ON MOTIONS IN LIMINE OF DEFENDANTS CITY OF CHOWCHILLA, OFFICER JEFF PALMER AND OFFICER TYLER J. HORMEL
4