LORI R. MAYFIELD, #172074
lmayfield@fresno-law.com
MICHELLE E. SASSANO, #232368
msassano@fresno-law.com
MAYFIELD & LEATH
A PROFESSIONAL CORPORATION
Attorneys at Law
1500 W. SHAW AVE., SUITE 204
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 222-1005
FACSIMILE (559) 222-0702

Attorneys for Defendants, CITY OF CHOWCHILLA, JEFF PALMER, TYLER J. HORMEL, CHOWCHILLA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOMINGO LEYRO,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFF PALMER, TYLER J. HORMEL<br><br>    Defendants. | CASE NO.:1:08-CV-01675-OWW-SKO<br><br>**ORDER AFTER HEARING ON STAY OF EXECUTION OF JUDGMENT PENDING APPEAL**<br><br>(**FILING FEE EXEMPT**<br>**Gov. Code §26857** |

The jury verdict in this matter was entered on June 18, 2010, in Courtroom 3, of the above-entitled Court before the Honorable Oliver Wanger. Plaintiff was present with his counsel Steven Geringer of the Law Offices of Steven Geringer. Defendants were present with their counsel Lori R. Mayfield and Michelle E. Sassano with the law firm of Mayfield & Leath.

IT IS HEREBY ORDERED:

That the execution of any judgment be stayed pending applicable time period for filing or preserving any appeal in the above-entitled matter.

///

1 | IT IS SO ORDERED.

2 | **Dated:**   **June 22, 2010**                                         **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE

28 | ///