## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
DOMINGO LEYRO,

            Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-01675 OWW

JEFF PALMER and TYLER J. HORMEL,

            Defendants.
_____/
```

Judgment is entered in this action in favor of Plaintiff Domingo Leyro and against Defendants:

Jeff Palmer for general and special damages in the total amount of $212,006.20 and punitive damages in the amount of $7,500.00,

Tyler J. Hormel for general and special damages in the total amount of $113,928.76,

according to the verdicts of trial jury returned in open Court June 18, 2010.

Plaintiff shall recover his costs of suit.


DATED: June 24, 2010                         VICTORIA C. MINOR, Clerk


                                                   /s/ RENEE GAUMNITZ
                                             By:   Renee Gaumnitz,
                                                   Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com