1  LORI R. MAYFIELD, #172074
   lmayfield@fresno-law.com
2  MICHELLE E. SASSANO, #232368
   msassano@fresno-law.com
3  MAYFIELD & LEATH
   A PROFESSIONAL CORPORATION
   Attorneys at Law
4  1500 W. SHAW AVE., SUITE 204
   FRESNO, CALIFORNIA 93711
   TELEPHONE (559) 222-1005
5  FACSIMILE (559) 222-0702

6  Attorneys for Defendants, CITY OF CHOWCHILLA,
   JEFF PALMER, TYLER J. HORMEL, CHOWCHILLA
7  POLICE DEPARTMENT

8

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                           FRESNO DIVISION
12

13 DOMINGO LEYRO,                    )   CASE NO.:1:08-CV-01675-OWW-SKO
                                     )
14      Plaintiff,                   )
                                     )
15   vs.                             )   **ORDER GRANTING STIPULATION**
                                     )   **TO SET ASIDE JURY VERDICT AND**
16 CITY OF CHOWCHILLA, CHOWCHILLA    )   **JUDGEMENT**
   POLICE DEPARTMENT, JEFF PALMER,   )
17 TYLER J. HORMEL and DOES 1-100,   )
   inclusive,                        )
18                                   )
        Defendants.                  )   (**FILING FEE EXEMPT**
19                                   )   **Gov. Code §26857**
   _____ )
20

21      This matter is before the Court on the parties' Stipulation to Set Aside the Jury Verdict

22 and Judgment against Defendants.  The parties request that the matter be dismissed as they have

23 executed a settlement agreement which includes Plaintiff's cost and attorney's fees.

24      The Court finds that the Stipulation is supported by good cause.  Therefore,

25 **IT IS HEREBY ORDERED** that the jury verdict and judgement against Defendants is set aside

26 and the matter is dismissed.

27 / / /

28

1
2
3
4
5
6
7
8      IT IS SO ORDERED.
9 Dated:   **August 20, 2010**            **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28